**Patrick J. Geile**
**FOLEY FREEMAN, PLLC**
953 S. Industry Way
P.O. Box 10
Meridian, Idaho  83680
Phone: (208) 888-9111
Fax: (208) 888-5130
ISB No. 6975
pgeile@foleyfreeman.com

**Attorney for Creditors, John Avery, d/b/a Avery Law Office, and Mark Avery**

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| **In Re:** | Case No. 16-01489-TLM |
| **ERIC ALAN MIKKELSEN and AMANDA LYNN MIKKELSEN,** | Chapter 7 |
| **Debtors,** | |
| **JOHN AVERY, d/b/a AVERY LAW OFFICE; and MARK AVERY,** | Adv. Case No. 18-06018-TLM |
| **Plaintiffs,** | |
| vs. | |
| **ERIC ALAN MIKKELSEN and AMANDA LYNN MIKKELSEN, husband and wife,** | |
| **Defendants,** | |

### PLAINTIFF'S MEMORANDUM OF FEES AND COSTS

**PLAINTIFFS' MEMORANDUM OF FEES AND COSTS - 1**

COMES NOW, John Avery, d/b/a Avery Law Office and Mark Avery ("the Averys"), by and through their counsel of record, Patrick J. Geile of Foley Freeman, PLLC, and hereby this Memorandum for Fees and Costs as follows:

1. The Court granted Plaintiffs request to be awarded fees and costs and to submit their Memorandum of Fees and Costs pursuant to Docket No. 20.

2. Counsel is requesting $2.00 as payment for defending the Defendants' Sanctions Motion. $1.00 from Mr. French and $1.00 from Mr. Strother

3. After discussions with the client, and to avoid any additional costs associated with the Memorandum of Fees and Costs and the Sanctions Motion, counsel is asking for a token $1.00 each for prevailing against Mr. French and Mr. Strother on the Sanctions Motion.

4. Counsel believes this will be a sufficient deterrent to filing future unwarranted sanctions motions.

DATED this 6th day of September, 2018.

FOLEY FREEMAN, PLLC

/s/ Patrick J. Geile
Patrick J. Geile

**PLAINTIFFS' MEMORANDUM OF FEES AND COSTS - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of September, 2018, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | | |
|---|---|---|
| Randal J. French<br>The Law Office of Randal J. French<br>1673 E Lewis Ln.<br>PO Box 836<br>Boise, ID 83701 | __X__ | CM/ECF Notice |
| Jeffrey A. Strother<br>Strother Law Office<br>200 N. Fourth Street, Suite 30<br>Boise, Idaho 83702 | __X__ | CM/ECF Notice |

/s/ Patrick J. Geile
Patrick J. Geile

**PLAINTIFFS' MEMORANDUM OF FEES AND COSTS - 3**